**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
Frankfort Division**

JOHN ROSEMOND,

    Plaintiff,                                                  Civil Action No.

v.

JACK CONWAY, *ET AL.*,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDER AND SCHEDULING EXPEDITED ORAL ARGUMENT
ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

---

This case comes before the Court on a motion for temporary restraining order and preliminary injunction. Plaintiff John Rosemond alleges that Kentucky's Psychology Practice Act, Ky. Rev. Stat. §§ 319.005 *et seq.*, violates the First Amendment to the United States Constitution to the extent it prohibits him from offering individualized advice about parenting in his syndicated newspaper column and to the extent it prohibits him from truthfully describing himself in that column as a "psychologist." After considering the pleadings and documents submitted by Plaintiff, the Court finds that Plaintiff is likely to succeed on the merits of his challenge and will suffer irreparable harm if injunctive relief is not granted. Injunctive relief will not impose any hardship on the Defendants, thus the balance of hardships favors the Plaintiff. Finally, injunctive relief will serve the public interest because it is always in the public interest to protect First Amendment rights.

Therefore, IT IS ORDERED that Plaintiff's motion for a temporary restraining order against Defendants is granted. Defendants—along with their officers, agents, and employees—

are hereby enjoined from enforcing Ky. Rev. Stat. §§ 319.005 *et seq.* against Plaintiff for advice offered in his newspaper column or for describing himself in that column as a "psychologist" until such time as this Court rules on Plaintiff's motion for preliminary injunction. Because this is a constitutional case in which no money is at stake, IT IS FURTHER ORDERED that the bond requirement of Federal Rule of Civil Procedure 65(c) is waived.

With regard to Plaintiff's motion for preliminary injunction, IT IS ORDERED that counsel for Plaintiff and counsel for Defendants shall appear before this Court on _____ \_\_\_, 2013, at \_\_\_\_\_ a.m./p.m. for oral argument on Plaintiff's motion. IT IS FURTHER ORDERED that Defendants' counsel shall file any responsive brief no later than _____ \_\_\_, 2013, at \_\_\_\_\_ a.m./p.m., and that Plaintiff's counsel shall file any brief in reply no later than _____ \_\_\_, 2013, at \_\_\_\_\_ a.m./p.m.

DATED: July \_\_\_, 2013

_____
UNITED STATES DISTRICT JUDGE