UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JOHN ROSEMOND, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No: 13-cv-42 |
| | ) | GFVT |
| V. | ) | |
| | ) | |
| JACK CONWAY, in his official capacity as ATTORNEY GENERAL of the COMMONWEALTH OF KENTUCKY, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

## MOTION TO DISMISS

Comes counsel for Defendant, Kentucky Attorney General Jack Conway, and requests that the Attorney General be dismissed from this case, by agreement, pursuant to F.R.C.P. 41(a), for the reasons outlined in the attached Agreed Order.

Submitted this 25th day of July, 2013.

                                                                                       Respectfully Submitted,

                                                                      /s/ Aaron Ament
                                                                      Assistant Attorney General
                                                                      Office of Civil & Environmental Law
                                                                      Office of the Attorney General
                                                                      700 Capitol Ave., Ste. 118
                                                                      Frankfort, KY  40601-3449

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I hereby certify that on July 25, 2013, the foregoing was filed with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

  /s/ Aaron Ament  
Aaron Ament  
Assistant Attorney General