UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JOHN ROSEMOND, | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. No: 13-42-GFVT |
| | ) | |
| V. | ) | **JUDGMENT** |
| | ) | |
| EVA MARKHAM, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) Judgment is **ENTERED** in favor of the Plaintiff.

(2) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(3) All issues having been resolved, this case is **STRICKEN** from the active docket.

This 30th day of September, 2015.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge